## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DARRELL ANTHONY WARD, JR.,**
    Plaintiff,

vs.                                    Case No.: 3:10cv24/RS/MD

**ESCAMBIA COUNTY JAIL, et al.,**
    Defendants.
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on January 25, 2010 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (doc. 1), and a motion to proceed *in forma pauperis* (doc. 2). On February 8, 2010, the court issued an order granting plaintiff's motion to proceed *in forma pauperis* and assessing an initial partial filing fee of $6.67 (doc. 4). Plaintiff was provided twenty-eight days in which to submit the initial partial filing fee and warned that failure to do so would result in a recommendation of dismissal of this action.

Over twenty-eight days elapsed, and plaintiff did not pay the initial partial filing fee. Accordingly, on March 31, 2010 the court issued an order directing plaintiff to show cause why this case should not be dismissed for his failure to comply with an order of the court (doc. 6). A copy of the order was mailed to plaintiff at his address of record. However, on April 9, 2010 it was returned as undeliverable marked, "Return to Sender - No Longer at This Address." (Doc. 7). Over thirty days have elapsed, and plaintiff has not filed a change of address form or otherwise notified the court of his new address. Nor has plaintiff complied with the February 8, 2010

order requiring him to pay the initial partial filing fee.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this cause be **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 10th day of May, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** ***United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**