IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRELL ANTHONY WARD, JR.,

    Plaintiff,

vs.                        CASE NO. 3:10cv24/RS-MD

ESCAMBIA COUNTY JAIL, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judges Report and Recommendation (Doc. 9). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of this court and for Plaintiff's failure to keep the court informed of his current address.

3. The clerk is directed to close the file.

**ORDERED** on June 11, 2010.

                                   /S/ Richard Smoak
                                   **RICHARD SMOAK**
                                   **UNITED STATES DISTRICT JUDGE**